**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DERRICK U DENNIS, on behalf of himself and : 
all others similarly situated, :
: **NOTICE OF SETTLEMENT**
:
Plaintiffs, :
v. : 1:19-cv-00683
:
HATS.COM LLC, :
:
Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

     NOW COMES the Defendant HATS.COM LLC, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

     1.     A Settlement Agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

     2.     The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences including the Initial Conference set for April 10, 2019 at 11:30 a.m.

Respectfully submitted,

/s/ Tamara S. Grimm
Tamara S. Grimm
O'Hagan Meyer
100 N. 18th Street Suite 700
Philadelphia, PA
(267) 386-4365
tgrimm@ohaganmeyer.com

**CERTIFICATE OF SERVICE**

2

The undersigned hereby certifies that on April 3, 2019, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system:

SHALOM LAW, PLLC
Jonathan Shalom, Esq.
124-04 Metropolitan Avenue
Kew Gardens, NY 11415
Telephone: (718) 971-9474
Facsimile: (718) 865-0943
Jshalom@jonathanshalomlaw.com
