UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------x

DERRICK U DENNIS, on behalf of himself and
all others similarly situated,

     Plaintiffs,

v.

HATS.COM LLC,

     Defendant.

------------------------------x

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 26 2019 ★

BROOKLYN OFFICE

**STIPULATION OF DISMISSAL**

No. 1:19-cv-00683-ILG-VMS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Derrick U Dennis ("Plaintiff") and Defendant Hats.com LLC ("Defendant"), by and through Plaintiff's undersigned counsel and Defendant's undersigned counsel, hereby stipulate and agree that this action shall be dismissed with prejudice. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: April 25, 2019

**O'HAGAN MEYER LLC**

Attorneys for Defendant
By: /s/ *Tamara S. Grimm*
 Tamara S. Grimm
 100 N. 18th Street, Suite 700
 Philadelphia, PA 19103
 Telephone: (215) 569-2400
 Facsimile: (215) 665-8300

**SHALOM LAW, PLLC**

By: /s/ *Jonathan Shalom*
 Jonathan Shalom
 124-04 Metropolitan Avenue
 Kew Gardens, NY 11347
 Telephone: (718) 971-9474

So Ordered
s/I. Leo Glasser, USDJ
4/25/19